WESTON v. MANCHESTER.

While the amount of money on which a debtor pays interest is deducted by tax assessors from the .amount of his money on hand and at interest, their refusal to treat his national bank stock as money at interest is a discrimination prohibited by federal law.

APPEAL, from the refusal of tax assessors to abate a tax assessed on the plaintiff's shares of the Merchants' National Bank of Manchester. Facts agreed. The amount of the plaintiff's money on hand, money at interest, and national bank stock was less than the amount on which he paid interest.

*N. P. Hunt,* for the plaintiff.

*W. R. Patten,* for the defendants.

DOE, C. J. The plaintiff is entitled to an abatement. G. L., c. 53, s. 6.; *People* v. *Weaver,* 100 U. S. 539; *Supervisors* v. *Stanley,* 105 U. S. 305; *Hills* v. *Exchange* Bank, 105 U. S. 319; *Evansville Bank* v. *Britton,* 105 U. S. 322; Cool. Tax. 389.

*Case discharged.*

STANLEY, SMITH, and CLARK, JJ., did not sit: the others concurred.